**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**
(Trenton Vicinage)

Deirdre M. Richards, Esquire
NJ ID. 009542001
Elliott Greenleaf, P.C.
600 N. King Street, Suite 100
Wilmington, DE 19801
Telephone: (302) 384-9402
Facsimile: (302) 384-9399
*Attorneys for Plaintiff*

| | |
|---|---|
| NORTH MILL EQUIPMENT FINANCE, LLC, Assignee of MMP CAPITAL LLC, AND NORTH MILL EQUIPMENT FINANCE, LLC AS SERVICER AND BENEFICIARY FOR NORTH MILL CREDIT TRUST,<br>Plaintiffs,<br><br>vs<br><br>BOOST HEALTH GROUP PC, NAFTALI DOMBROFF, and YOSEF GLASSMAN aka YOSEF PESACH GLASSMAN,<br><br>Defendants. | Civil Action No.: 3:26-cv-02851-MAS-TJB<br><br>Notice of Dismissal and Order Dismissing Bankruptcy Case of Yosef Glassman |
| YOSEF GLASSMAN aka YOSEF PESACH GLASSMAN,<br><br>Cross-Complaint,<br><br>vs.<br><br>BOOST HEALTH GROUP PC, and NAFTALI DOMBROFF,<br><br>Cross-Defendants. | |
| YOSEF GLASSMAN aka YOSEF PESACH GLASSMAN,<br><br>Third-Party Complaint, | |

| | |
|---|---|
| vs. | : |
| | : |
| BORUCH DOMBROFF and BOOST HEALTH MANAGEMENT, LLC, | : |
| | : |
| Third-Party Defendants. | : |

/s/ *Deirdre M. Richards*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**Marie-Ann Greenberg MAG-1284**
**Marie-Ann Greenberg, Standing Trustee**
**30 TWO BRIDGES ROAD**
**SUITE 330**
**FAIRFIELD, NJ 07004-1550**
**973-227-2840**
**Chapter 13 Standing Trustee**

IN RE:
YOSEF PESACH GLASSMAN

**Order Filed on October 1, 2026**
**by Clerk**
**U.S. Bankruptcy Court**
**District of New Jersey**

**Case No.: 26-18040**

**Hearing Date: 10/01/2026**

**Judge: VINCENT F. PAPALIA**

**ORDER DENYING CONFIRMATION AND DISMISSING PETITION**

The relief set forth on the following pages, numbered two (2) is hereby ORDERED.

**DATED: October 1, 2026**

Honorable Vincent F. Papalia
United States Bankruptcy Judge

Debtor(s): YOSEF PESACH GLASSMAN

Case No.: 26-18040VFP

Caption of Order: Order Denying Confirmation and Dismissing Petition

---

THIS MATTER having come before the Court on 10/01/2026 for a Confirmation Hearing of the Debtor(s)' Chapter 13 Plan, and the Court having considered the Chapter 13 Standing Trustee's report and good and sufficient cause having been shown, it is hereby

ORDERED AND DIRECTED, that the Confirmation of Debtor(s)' Chapter 13 Plan is hereby denied; and it is further

ORDERED AND DIRECTED, that the Debtor(s)' Voluntary Petition for Relief under Chapter 13 and all proceedings thereunder be and they hereby are dismissed without prejudice; and it is further

ORDERED AND DIRECTED, that upon case dismissal any funds held by the Chapter 13 Standing Trustee from payments made on account of Debtor(s)' Plan, shall be disbursed to the Debtor(s), less any applicable Trustee fees and commissions, except any adequate protection payments due under the proposed plan or by Court Order, and/or any counsel fees and costs hereby allowed as an Administrative Expense.

ORDERED AND DIRECTED, that pursuant to 11 U.S.C. Sec. 349(b) this Court, for cause, retains jurisdiction over any additional application filed within 30 days by any administrative claimants for funds on hand with the Chapter 13 Trustee.

Form 148 − ntcdsmcs

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

---

Case No.: 26−18040−VFP
Chapter: 13
Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Yosef Pesach Glassman
84 Sussex Road
Bergenfield, NJ 07621

Social Security No.:
xxx−xx−4284

Employer's Tax I.D. No.:

---

**NOTICE OF ORDER DISMISSING CASE**

NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 10/1/26.

Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within seven (7) days from the date of this Order.

This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: October 1, 2026
JAN: gml

Jeanne Naughton
Clerk